IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| CANDANCE M. SCOTT, | § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| AMARILLO HEART GROUP, LLP, | § § | 2:12-CV-112-J |
| DEFENDANT. | § § | |

## VERDICT OF THE JURY

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

_____
FOREPERSON

3-29-_____, 2013.
DATE

## **QUESTION NUMBER 1**

Do you find that from a preponderance of the evidence that Defendant Amarillo Heart Group terminated Plaintiff Candance Scott because she engaged in the protected activity of complaining about race discrimination?

Answer "Yes" or "No."

Answer: _YES_

If you have answered Question Number 1 "Yes," then answer Question Number 2. Otherwise, do not answer any further Questions.

# QUESTION NUMBER 2

What sum of money, if paid now in cash, would fairly and reasonably compensate Candance Scott for her damages, if any, that you have found were caused by the Defendant's discriminatory treatment?

Consider the element of damages listed below and none other. Consider each element separately. Do not include damages for one element in any other element. Do not include interest on any amount of damages you find.

Answer in dollars and cents for damages, if any, that were sustained in the past and that in reasonable probability will be sustained in the future for:

Back pay and benefits.

Answer: $ 123,750

Emotional pain and suffering and mental anguish.

Answer: $ 0

Front pay and benefits.

Answer: $ 0

## QUESTION NUMBER 3

Do you find by clear and convincing evidence that Defendant Amarillo Heart Group engaged in the conduct found in response to Question No. 1 with malice or reckless indifference to Plaintiff Candance Scott's employment rights?

To prove by clear and convincing evidence means the evidence must produce in your minds a firm belief or conviction as to the matter sought to be established. This involves a greater degree of persuasion than that necessary to meet the preponderance of the evidence standard, but proof to an absolute certainty is not required because such degree of proof is seldom possible.

Answer "Yes" or "No."

Answer: __YES__

If you have answered Question Number 3 "Yes," then answer Question Number 4. Otherwise, answer no further questions.

## QUESTION NUMBER 4

What sum of money should be assessed against the Defendant as punitive damages?

Answer in dollars and cents for damages, if any.

Answer: $ 340,600